Case 3:20-mj-70907-TSH   Document 1   Filed 07/07/20   Page 1 of 8

**FILED**

Jul 07 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>SHAUNTE MINNER<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:20-mj-70907 TSH<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 23, 2019__ in the county of __San Francisco__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1709 | Embezzlement of Mail by Postal Employee<br><br>Maximum Penalties:<br>- 5 years in prison<br>- $250,000 fine<br>- 3 years of supervised release<br>- Restitution<br>- Forfeiture |

This criminal complaint is based on these facts:

Please see attached affidavit of USPS OIG Special Agent Jason Mackey

☑ Continued on the attached sheet.

*/s/ Jason Mackey*
*Complainant's signature*

Approved as to Form: */s/ Andrew J. Briggs*
SAUSA Andrew Briggs

Jason Mackey, Special Agent, USPS OIG
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by phone

Date: July 7, 2020

*Judge's signature*

City and state: San Francisco, CA

Hon. Thomas S. Hixson, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jason Mackey, being duly sworn, depose, and state that I am a Special Agent of the United States Postal Service Office of Inspector General ("USPS OIG"). I make this Affidavit in support of a Criminal Complaint and issuance of Summons for Shaunte MINNER ("MINNER") for violation of Title 18, United States Code, Section 1709 (Embezzlement of Mail by Postal Employee).

### I.     INTRODUCTION

1. I have been employed as a Special Agent with USPS OIG since April 2019. Prior to joining the USPS OIG, I was a Special Agent with Homeland Security Investigations, and its predecessor agency, the United States Customs Service, for approximately 16 years. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am presently assigned to the Mail Theft Team of the Pacific Area Field Office. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and have also received specialized training, including specialized training in mail theft. In the course of my law enforcement career, I have been the affiant on numerous arrest, search and seizure warrants predicated on violations of contraband smuggling, money laundering, visa, wire and mail fraud statutes. As a Special Agent with USPS OIG, I investigate allegations of fraud, waste, and abuse in matters dealing specifically with the United States Postal Service.

2. As a USPS OIG Special Agent, I have conducted and participated in numerous investigations involving mail theft committed by Postal Service employees. During these investigations, I have utilized various investigative techniques, including the use of physical and electronic surveillance, interviews, and the in-depth analysis of postal records. Through my training and experience and conversations with other law enforcement officers, including subject matter experts in the area of mail theft, I have become familiar with the various ways in which mail is stolen.

3. The facts set forth in this Affidavit are based on a variety of sources that I believe

to be reliable, including: my personal knowledge, training and experience, information obtained from USPS OIG personnel and other law enforcement officers who have participated in this investigation, reports and evidence gathered by USPS OIG personnel and other law enforcement officers, my review of documents and records related to this investigation, and communications with others who have personal knowledge of the events and circumstances described herein. Because this Affidavit is submitted for the limited purpose of establishing probable cause in support of a complaint, it does not set forth each and every fact that I, or others, have learned during the course of this investigation.

4. I have personally participated in the investigation discussed in this Affidavit, and I am familiar with the facts and circumstances of the investigation. My role in this investigation, combined with my training and experience, information I have learned from USPS OIG personnel and other law enforcement agencies, my discussions with witnesses involved in the investigation, and my review of records and reports relating to the investigation form the basis for the opinions I set forth in this Affidavit. Unless otherwise noted, wherever in this Affidavit I assert that a statement was made, the information was provided by USPS OIG personnel, law enforcement officers, or witnesses who may have had either direct or hearsay knowledge of that statement and to whom I or others have spoken, or whose reports I have read and reviewed. Such statements are among many statements made by others and are stated in substance and in part unless otherwise indicated.

II. **APPLICABLE LAW**

5. Under Title 18, United States Code, Section 1709, it is unlawful for any United States Postal Service employee, while working as a Postal Service employee, to steal a package, article, or thing contained therein, intended to be conveyed by mail, which had been entrusted to the Postal Service employee.

III. **FACTS ESTABLISHING PROBABLE CAUSE**

6. In June 2019, I spoke with an anonymous tipster who reported that Shaunte MINNER, a United States Postal Service ("USPS") employee, was stealing packages from the

mail.

7.     I reviewed USPS records, which revealed that MINNER began working for the USPS in November 2015, and that as of November 2017, MINNER was working as a Sales and Service Associate at the Visitation Station Post Office in San Francisco, California.

8.     In July 2019, with the assistance of USPS personnel, I installed two surveillance cameras in the rear workroom floor area of the Visitation Station Post Office, to supplement the already-installed surveillance camera that monitored the retail area of the Visitation Station Post Office.

9.     I reviewed surveillance footage from the Visitation Station Post Office from October 23, 2019, which appears to show a USPS employee, later identified as MINNER, accepting one Priority Mail package at the retail counter, walking it to the rear workroom floor, piercing the package with scissors, putting the package in a plastic bag, and hiding the bagged package in a nearby stack of empty postal bins.  The surveillance footage appears to show MINNER, at the end of her shift, retrieving the bagged package from the stack of empty postal bins and leaving the Visitation Station Post Office with the package.  Below are screenshots from the surveillance footage that I reviewed:



MINNER accepting the Priority Mail package at the retail counter



MINNER in the rear workroom area, putting the Priority Mail package in a plastic bag



MINNER hiding the now-bagged Priority Mail package in a stack of postal bins



MINNER retrieving the hidden, bagged Priority Mail package at the end of her shift



MINNER leaving the Visitation Station Post Office with the bagged Priority Mail package at the end of her shift

10. I reviewed USPS personnel records for October 23, 2019 for the Visitation Station Post Office, which revealed that MINNER was working as a Sales and Service Associate

on that day and was the only female employee working as a retail Sales and Service Associate that day.

11. I conducted a search of California Department of Motor Vehicles records for Shaunte Minner, and I located a California driver's license photograph for MINNER, taken on March 9, 2017. I compared that photograph with the individual depicted in the October 23, 2019 surveillance footage. The person depicted in the photograph appears to be the same person depicted in the surveillance footage – MINNER.

12. I reviewed USPS records of packages that were accepted for mailing at the Visitation Station Post Office on October 23, 2019, and by matching the records with the time stamps on the surveillance footage, I was able to identify the tracking number for the stolen package. I reviewed USPS records associated with the tracking number for the stolen package and found that there was no subsequent tracking activity for the package after it was scanned "Accepted" at the Visitation Station Post Office.

13. On November 13, 2019, in an interview with myself and another USPS OIG agent, MINNER was shown the October 23, 2019 surveillance footage and admitted that she stole the Priority Mail package depicted in the October 23, 2019 surveillance footage.

//
//
//
//
//
//
//
//
//
//
//

### IV. CONCLUSION

14. Based on the foregoing facts, my training, experience, and knowledge of this investigation, I believe there is probable cause to believe that on October 23, 2019, MINNER violated 18 U.S.C. § 1709 (Embezzlement of Mail by Postal Employee) in the Northern District of California. Accordingly, I respectfully request that this Court issue a Criminal Complaint and Summons for Shaunte MINNER.

*/s/ Jason Mackey*
Jason Mackey
Special Agent
United States Postal Service Office of
Inspector General

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 7th day of July 2020.

_____
HONORABLE THOMAS S. HIXSON
United States Magistrate Judge